NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO VARGAS, et al., ) | Case No. CV09-2309 JFW (CWx) |
| Plaintiffs, ) | **DEFAULT JUDGMENT** |
| vs. ) | |
| ) | Judge: Hon. John F. Walter |
| COUNTRYWIDE HOME LOANS, INC., et al., ) | |
| Defendants. ) | |

The Defendant, Home Capital Funding, having failed to plead or otherwise defend in this action, and default having heretofor been entered; upon application of Plaintiffs, and upon declaration that Defendant Home Capital Funding has caused damages to Plaintiffs in the principle sum of $96,489.00 plus interest thereon; it is hereby

ORDERED, JUDGED, and DECREED that Plaintiffs Vargas, Villalva, and Martinez recover from the Defendant Home Capital Funding, the sum of $96,489.00, plus attorneys fees in the amount of $5,459.56 and costs.

DATED:   June 23, 2010

_____
District Judge, U.S. District Court