William A. Nebeker, Esq., CA State Bar No. 72079
Sharon A. Huerta, Esq., CA State Bar No. 186998
Michael P. Zech, Esq., CA State Bar No. 234501
KOELLER NEBEKER CARLSON
& HALUCK, LLP
225 Broadway, Suite 2100
San Diego, California 92101
Telephone: (619) 233-1600
Facsimile: (619) 236-0527
nebeker@knchlaw.com
sharon.huerta@knchlaw.com
michael.zech@knchlaw.com

Robert Hager, Esq. *(Pro Hac Vice)*
Treva J. Hearne, Esq., CA State Bar No. 159542
HAGER & HEARNE
245 E. Liberty - Suite 110
Reno, Nevada 89501
Tel: (775) 329-5811
Fax: (775) 329-5819
rhager@hagerhearnelaw.com
thearne@hagerhearnelaw.com

*Co-Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO VARGAS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>Defendants. | Case No. CV09-2309 JFW (CWx)<br><br>**NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>Judge: Hon. John F. Walter<br>Date: July 15, 2010<br>Time: 9:00 a.m.<br><br>Judgment Entered: June 23, 2010 |

TO THE CLERK OF THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 15, 2010, a hearing will be held on the Application of the Clerk to Tax Costs, filed by Plaintiffs ALFONSO

1

1  VARGAS, OCTAVIO VILLALVA, AND LUIS CARLOS MARTINEZ ("Plaintiffs"). Plaintiffs will request that the Clerk of the Court, pursuant to Federal Rules of Civil Procedure 54(d)(1) and Local Rule 54-3, tax certain costs incurred in the litigation of this action, in the amount of $542.17 as set forth in the Bill of Costs, Declaration of Michael P. Zech, and supporting documentation being filed concurrently herewith.

This Application is made subsequent to the Court's entering default judgment in this action on June 23, 2010 (Doc # 206). This Application is brought on the grounds that Plaintiffs are the prevailing party under Local Rule 54-2 against Defendant Home Capital Funding in the above-captioned action. Thus, having obtained a default judgment in their favor, Plaintiffs are the prevailing party under Local Rule 54-2.3 and pursuant to the Court's Order, are entitled to costs.

Attached as Exhibit "A" to this Application is a Proof of Service for service of the Complaint on Home Capital Funding.

Attached as Exhibit "B" to this Application is a receipt for the filing fees incurred by Plaintiffs in this action.

This Application is based upon this Notice and Application, the accompanying Bill of Costs, the accompanying Declaration of Michael P. Zech, and the exhibits attached hereto, and upon such other and further evidence and argument as may be presented to the Court if the Court sets a hearing on this Application.

DATED: June 24, 2010

Koeller, Nebeker, Carlson & Haluck, LLP

William A. Nebeker, Esq.
Sharon A. Huerta, Esq.
Michael P. Zech, Esq.
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned employee of Koeller, Nebeker, Carlson & Haluck, LLP hereby certifies that the undersigned electronically filed the foregoing document on June 24, 2010 using the CM/ECF System, which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

/s/ *Nicole M. Amerine*